# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **AERITAS, LLC,**<br><br>Plaintiff<br><br>v.<br><br>**DICK'S SPORTING GOODS, INC.,**<br><br>Defendant | **Case No. 6:22-cv-00344**<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Aeritas, LLC ("Aeritas" or "Plaintiff") files this Complaint for patent infringement against Dick's Sporting Goods, Inc. ("DSG" or "Defendant"), and alleges as follows:

### NATURE OF THE ACTION

1. This is an action for patent infringement arising under 35 U.S.C. § 1 *et seq*.

### PARTIES

2. Aeritas is a limited liability company organized and existing under the laws of the State of Texas with its principal place of business in Dallas, Texas.

3. Upon information and belief, Defendant is a corporation organized and existing under the laws of the State of Delaware with a place of business in this judicial District at 6001 West Waco Drive, Unit 316, Waco, Texas 76710, and a registered agent at Corporation Service Company, 211 East 7th Street, Suite 620, Austin, Texas 78701.

## JURISDICTION AND VENUE

4. This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. Upon information and belief, Defendant is subject to personal jurisdiction of this Court based upon it having regularly conducted business, including the acts complained of herein, within the State of Texas and this judicial district and/or deriving substantial revenue from goods and services provided to individuals in Texas and in this District.

6. Venue is proper in this judicial district under 28 U.S.C. §1400(b) because Defendant has committed acts of patent infringement in this District and has a regular and established place of business in this District. Specifically, Defendant has retail stores in this District, including a store located at 6001 West Waco Drive, Unit 316, Waco, Texas 76710. In addition, Aeritas has suffered harm in this District.

## OVERVIEW OF THE DSG APP

7. Defendant provides for its customers use the Dick's Sporting Goods App, which is available for use with iOS and Android devices:



https://www.dickssportinggoods.com/s/mobile-app



https://apps.apple.com/us/app/dicks-sporting-goods-fitness/id556653197

COMPLAINT FOR PATENT INFRINGEMENT                                                                PAGE | 3



https://play.google.com/store/apps/details?id=dsgui.android&hl=en_US&gl=US

8.  To enable use of the enhanced features of the Dick's Sporting Goods App, a Dick's Sporting Goods server asks for permission to access the mobile device's location to determine the location of the user's device (e.g., upon receiving GPS coordinates from the mobile device) and will identify the closest Dick's Sporting Goods store to the mobile device:



(Screenshots from Dick's Sporting Goods mobile application)

9. When a user of the Dick's Sporting Good's App on an Android smartphone searches for a product using their voice, Dick's Sporting Goods receives spoken input from a wireless communication device.



COMPLAINT FOR PATENT INFRINGEMENT                                                                 PAGE | 5

(Screenshots from Dick's Sporting Goods mobile application showing the process of searching for a product using spoken input)



https://play.google.com/store/apps/details?id=dsgui.android&hl=en_US

10. The Dick's Sporting Goods app stores data on items the consumer has expressed interest in (e.g. items in a shopping cart).



(Screenshot from Dick's Sporting Goods mobile application)

11. The Dick's Sporting Goods app stores data associated with one or more inventory attributes, such as whether an item is in stock at a store.



(Screenshots from Dick's Sporting Goods mobile application showing the "in-stock" inventory attribute)

12. The Dick's Sporting Goods app includes notification criteria that define when notifications are to be delivered to the mobile communications device and a type of notification (at least push vs. in-app notifications).



(Screenshot from Dick's Sporting Goods mobile application)

13. If the appropriate criteria are met (a nearby store having inventory of an item selected for pick-up at a different location that does not have inventory), the Dick's Sporting Goods app delivers the message to the mobile communication device.

COMPLAINT FOR PATENT INFRINGEMENT                                                          PAGE | 7



(Screenshot from Dick's Sporting Goods mobile application)

## COUNT I
### (Infringement of U.S. Patent No. 7,706,819)

14. Aeritas incorporates paragraphs 1 through 13 as though fully set forth herein.

15. Plaintiff is the owner, by assignment, of U.S. Patent No. 7,706,819 (the "'819 Patent"), entitled MIXED-MODE INTERACTION, which issued on April 27, 2010.

16. The '819 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

17. Defendant has been and is now infringing one or more claims of the '819 Patent under 35 U.S.C. § 271 by making and using the Dick's Sporting Goods App with users' iOS and Android devices and the Dick's Sporting Goods server in the United States without authority.

18. Defendant, DSG, has also infringed the '819 Patent by encouraging users of the Dick's Sporting Goods App to use the user's iOS or Android devices with the Dick's Sporting Goods App to practice the claims of the '819 Patent.

19. Claim 1 recites:

   1. A method comprising:

      receiving spoken input from a wireless communication device;

> obtaining data identifying a current location of the wireless communication device;
>
> based on the current location of the wireless communication device and the spoken input, retrieving information;
>
> delivering, to the wireless communication device by a notification server, a non-verbal response to the spoken input, the non-verbal response based on the retrieved information and including a drill-down menu by which additional information related to the retrieved information can be obtained; and
>
> providing additional information related to the retrieved information in response to receipt of at least one additional input provided via the drill-down menu.

20. More particularly, Defendant infringes at least claim 1 of the '819 Patent. Defendant receives spoken input from a wireless communication device (e.g., when a user searches for a location or specific store using voice input). Defendant obtains data identifying the current location of the mobile device (e.g., as evidenced by permissions required to access the device's location and subsequent provision of location-based information and the location of the device on a search result map). Based on the location and the spoken input, Defendant retrieves information (e.g., the nearby availability of stores subject to the voice search). Defendant delivers to the wireless device by a notification server, a non-verbal response to the spoken input, the non-verbal response based on the retrieved information and including a drill-down menu by which additional information related to the retrieved information can be obtained (e.g., the nearby stores subject to the voice search, distance to mobile device). Defendant provides

additional information related to the retrieved information in response to receipt of at least one additional input provided via the drill-down menu (e.g., distance and other information about nearby stores in response to selection of the "Change Store" link).

21. Aeritas has been damaged by Defendant's infringing activities.

## COUNT II
### (Infringement of U.S. Patent No. 8,055,285)

22. Aeritas incorporates paragraphs 1 through 13 as though fully set forth herein.

23. Plaintiff is the owner, by assignment, of U.S. Patent No. 8,055,285 (the "'285 Patent"), entitled MIXED-MODE INTERACTION, which issued on November 8, 2011.

24. The '285 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

25. Defendant has been and is now infringing one or more claims of the '285 Patent under 35 U.S.C. § 271 by making and using the Dick's Sporting Goods App with users' iOS and Android devices and the Dick's Sporting Goods server in the United States without authority.

26. Defendant has also infringed the '285 Patent by encouraging users of the Dick's Sporting Goods App to use the user's iOS or Android devices with the Dick's Sporting Goods App to practice the claims of the '285 Patent.

27. Claim 1 recites:

   1. A method, comprising:

      at a first time, receiving and storing an input in a user profile in a database, the input comprising consumer interest data;

      at a second time distinct from the first time, obtaining data identifying a current location of the mobile communication device;

      based on the input stored in the user profile and the current location of the

mobile communication device, initiating a search to locate information pertinent to the input;

receiving results derived from the search; and

in response to the input and the search, delivering, by a notification server, information to the mobile communications device.

28. More particularly, Defendant infringes at least claim 1 of the '285 Patent. Defendant receives and stores input in a user profile in a database, the input comprising consumer interest data (e.g., items in "Your Cart"). At a second time, data identifying a current location of the mobile communications device on which the Accused Instrumentality is installed is obtained (e.g., upon application launch or return to saved items). Based on the input and location, Defendant performs a search to locate pertinent information (e.g., selection of saved items from the results in a search for nearby stores) and receive the results of such search, distance from mobile device. Defendant then provides the information to the mobile communications device.

29. Aeritas has been damaged by Defendant's infringing activities.

## COUNT III
### (Infringement of U.S. Patent No. 8,620,364)

30. Aeritas incorporates paragraphs 1 through 13 as though fully set forth herein.

31. Plaintiff is the owner, by assignment, of U.S. Patent No. 8,620,364 (the "'364 Patent"), entitled MIXED-MODE INTERACTION, which issued on December 31, 2013.

32. The '364 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

33. Defendant has been and is now infringing one or more claims of the '364 Patent under 35 U.S.C. § 271 by making and using the Dick's Sporting Goods App with users' iOS and Android devices and the Dick's Sporting Goods server in the United States without authority.

34. Defendant, DSG, has also infringed the '364 Patent by encouraging users of the Dick's Sporting Goods App to use the user's iOS or Android devices with the Dick's Sporting Goods App to practice the claims of the '364 Patent. Defendant has notice of the '364 Patent at least as of the date of service of this complaint.

35. Claim 1 recites:

> 1. Apparatus, comprising:
>
> a processor;
>
> computer memory holding computer program instructions to
>
> > execute a rules engine that correlates data identifying a location of a mobile communication device, consumer interest data associated with one or more inventory attributes, and notification criteria that defines when a notification is to be delivered to the mobile communications device and a type of such notification, and to generate a message for delivery to the mobile communication device if at least one matching rule in the rules engine is triggered and the notification criteria are met, the message identifying one or more suppliers in the location with inventory that a user of the mobile communication device has expressed an interest in as indicated by the consumer interest data; and
>
> computer memory holding computer program instructions executed by the

processor to selectively deliver the message to the mobile communications device according to the notification criteria.

36. More particularly, Defendant infringes at least claim 1 of the '364 Patent. On information and belief, Defendant employs a processor and computer memory holding computer program instructions to perform the functions described herein. Defendant receives information indicating that the user has provided permission to provide notifications to the user. Defendant asks for permission to obtain the user's location and obtains the user's location if permission is granted. When location access is granted, the Defendant obtains the user's location. Defendant stores consumer interest items such as items in a shopping cart. Defendant stores data associated with available inventory, such as whether an item is in stock at a store, etc. Defendant stores notification criteria to define when notifications are to be delivered to the user including the type of notification. Defendant utilizes a rules engine to evaluate when notification criteria are met. If the notification criteria are met, Defendant generates a message to be delivered to the user. The message alerts the user that the item is in stock at nearby locations. If the appropriate criteria are met, defendant delivers the message to the user.

37. Aeritas has been damaged by Defendant's infringing activities.

**PATENTABLE SUBJECT MATTER**

38. Attached as Exhibit D is a Declaration by Gregory Gonsalves, PhD, J.D. ("Declaration"), which is incorporated fully herein.

39. As evidenced by the Declaration, the asserted claims of the '819, '285, and the '364 Patents are not abstract because each provides a concrete solution for addressing technical problems specific to wireless devices and networks.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the Court enter judgment against Defendant:

1. declaring that the Defendant has infringed the '819, the '285 and the '364 Patents;

2. awarding Plaintiff its damages suffered as a result of Defendant's infringement of the '819, the '285, and the '364 Patents;

3. awarding Plaintiff its costs, attorneys' fees, expenses, and interest; and

4. granting Plaintiff such further relief as the Court finds appropriate.

## JURY DEMAND

Plaintiff demands trial by jury, Under Fed. R. Civ. P. 38.

Dated: April 1, 2022                    Respectfully submitted,


*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
106 E. Sixth Street, Suite 900
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**ATTORNEYS FOR PLAINTIFF AERITAS, LLC**